REC'D OCT 20 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:04-cr-00366-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DONNIE LEE PIERCE, Jr.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2005

GREGORY C. LANGHAM
                CLERK

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a motion to modify sentence hearing before the United States District Court for the District of Colorado, on the 18th day of November, 2005 at 2:45 p.m. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Donnie Lee Pierce, Jr., defendant, now confined in the Sterling Correctional Facility, Sterling, Colorado, before the Honorable United States District Judge Edward W. Nottingham, sitting at Denver, Colorado, on the 18th day of November, 2005, at 2:45 p.m., and from day to day thereafter, for a motion to modify sentence hearing in the United States District Court for the District of Colorado in the above-entitled and

pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this __10__ day of ~~October~~ Nov., 2005.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date: November 10, 2005    Case Number: 04-CR-366-N

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND WRIT signed by Judge Edward W. Nottingham was duly mailed to the persons listed below:

Joseph Mackey
Assistant United States Attorney

Federal Probation

U.S. Marshal

Martha H. Eskesen, P.C.
1720 South Bellaire Street, #501
Denver, CO 80222

GREGORY C. LANGHAM, CLERK

By: _____
Nel Steffens, Deputy Clerk